THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Minyard Lee Woody, Appellant.
 
 
 

Appeal From Cherokee County
 Roger L. Couch, Circuit Court Judge

Unpublished Opinion No. 2007-UP-086
Submitted February 1, 2007  Filed February 15, 2007   

AFFIRMED

 
 
 
Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Senior Assistant Attorney General Harold M. Coombs, Jr., all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  We affirm[1] pursuant to Rule 220(b)(2), SCACR and the following authorities:  State v. Johnston, 333 S.C. 459, 462, 510 S.E.2d 423, 425 (1999) ([T]his Court has consistently held that a challenge to sentencing must be raised at trial, or the issue will not be preserved for appellate review.); State v. Nichols, 325 S.C. 111, 120-121, 481 S.E.2d 118, 123 (1997) (An issue may not be raised for the first time on appeal, but must have been raised to the trial judge to be preserved for appellate review.).
AFFIRMED.
HEARN, C.J., GOOLSBY and STILWELL, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.